**Motion granted and Order filed January 6, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00759-CV
_____

### PEARLAND URBAN AIR, LLC, Appellant

### V.

### LESLIE VALDEZ, INDIVIDUALLY AND AS NEXT FRIEND OF HER MINOR CHILD, V.C., Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-17046**

## ORDER

This is an interlocutory appeal from an order denying appellant's motion to compel arbitration and dismiss or stay trial court proceedings. Before this court is an emergency motion filed by appellant to stay discovery pending adjudication of the appeal. The motion indicates appellee is unopposed. After considering the motion, the court hereby grants the motion in full. The court hereby stays all obligations to respond to discovery requests in the trial court proceeding pending

resolution of this appeal.  In the event this court ultimately affirms the trial court's order, whether in whole or in part, this stay will expire after 10 days have elapsed following issuance of this court's judgment.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.